UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-30625
Summary Calendar
Civil Docket #99-CV-1658-F

_____

In The Matter Of: JO ANN ULMER,

Debtor.

_____

DAN FRISARD,

Appellant,

versus

JO ANN ULMER; CYNTHIA TRAINA,

Appellees.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
_____

July 3, 2001

Before DAVIS, JONES, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

The district court affirmed the bankruptcy court's findings of contempt and imposition of sanctions on Frisard for violating the automatic stay in bankruptcy, 11 U.S.C. § 362(a), and violating the injunction against a creditor's interference with a

_____

        [*]    Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

debtor whose debt has been discharged, 11 U.S.C. § 524. Frisard has appealed the relatively modest monetary awards against him. To the extent we understand the issues he raises, they are legally and factually meritless. He has demonstrated neither clear error of fact or legal error in the lower courts' rulings, and we affirm for essentially the reasons articulated by those courts.

**AFFIRMED.**